157 A.3d 849

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JAMES J. GALLICHIO, DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000589–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 850

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. GRADY A. BLUE, DEFENDANT–PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000137–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.